UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JONES and JILL JONES,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA, and DOES 1 - 30, inclusive,

        Defendants.

_____/

NO. CIV. S-08-0893 LKK/GGH

O R D E R

    As the events giving rise to the complaint occurred within Mariposa County, this case is TRANSFERRED to the Fresno division of the Eastern District of California.

    IT IS SO ORDERED.

    DATED: August 6, 2008

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1