DOMENIC D. SPINELLI, SBN 131192
LAPLANTE, SPINELLI, DONALD & NOTT
815 S Street, 2nd Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Domenics@lsdnlaw.com

Attorneys for Plaintiffs RICHARD JONES and JILL JONES

JAMES D. EMERSON, SBN 042031
LAW OFFICES OF EMERSON, COREY & SORENSEN
2520 West Shaw Lane, Suite 102
Fresno, CA 93711
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Defendant UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JONES, JILL JONES,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No.: 1:08-CV-01137-AWI-DLB<br><br>**PROPOSED ORDER ON STIPULATION TO CONTINUE DATES IN SCHEDULING ORDER OF 11/19/08**<br><br>COMPLAINT FILED: April 25, 2008 |

　　　　The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated November 19, 2008, be continued, Orders as follows:

　　　　Discovery Deadlines:

　　　　　　Non Expert:　　　　　　　　　　　　　　　February 26, 2010

　　　　　　Expert:　　　　　　　　　　　　　　　　　May 14, 2010

　　　　Non-Dispositive Motion Deadlines:

　　　　　　Filing:　　　　　　　　　　　　　　　　　March 31, 2010

　　　　　　Hearing:　　　　　　　　　　　　　　　　April 23, 2010

///

---

Dispositive Motion Deadlines:

    Filing: March 31, 2010

    Hearing: May 3, 2010

Pre-Trial Conference: June 11, 2010

Trial: July 27, 2010

IT IS SO ORDERED:

DATED: April 22, 2009

/s/ *Dennis L. Beck*
Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE