1  DOMENIC D. SPINELLI, SBN 131192
   LAPLANTE, SPINELLI, DONALD & NOTT
2  815 S Street, 2nd Floor
   Sacramento, CA 95811
3  Telephone:   (916) 448-7888
   Facsimile:    (916) 448-6888
4
5  Attorneys for Plaintiffs RICHARD JONES and JILL JONES

6  JAMES D. EMERSON, SBN 042031
   EMERSON, COREY, SORENSEN, CHURCH & LIBKE
7  2520 West Shaw Lane, Suite 102
   Fresno, CA 93711
8  Telephone:   (559) 432-7641
   Facsimile:    (559) 432-7639
9
10 Attorneys for Defendant UNITED STATES OF AMERICA

11

12                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
13

14 RICHARD JONES, JILL JONES,          Case No.:  1:08-CV-01137-AWI-DLB

15            Plaintiffs,              **PROPOSED ORDER ON STIPULATION
                                       TO MODIFY DATES IN THE SCHEDULING
16      vs.                            ORDER OF 11/19/08 RE DESIGNATION
                                       OF EXPERTS**
17 UNITED STATES OF AMERICA,

18            Defendants.
                                       COMPLAINT FILED:   April 25, 2008
19

20        The Court, having considered the party's Stipulation that the dates in the Scheduling

21 Order dated November 19, 2008, be modified, Orders as follows:

22        The date for parties to disclose all expert witnesses, in writing, is continued from

23 August 28, 2009 to on or before March 1, 2010 and the date to disclose all supplemental

24 experts is continued from September 11, 2009 to on or before March 15, 2010.

25

26 IT IS SO ORDERED.

27
   Dated:   **August 31, 2009**              /s/ Dennis L. Beck
28                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28