1  DOMENIC D. SPINELLI, SBN 131192
   LAPLANTE, SPINELLI, DONALD & NOTT
2  815 S Street, 2nd Floor
   Sacramento, CA 95811
3  Telephone:   (916) 448-7888
   Facsimile:   (916) 448-6888
4

5  Attorneys for Plaintiffs RICHARD JONES and JILL JONES

6  JAMES D. EMERSON, SBN 042031
   EMERSON, COREY, SORENSEN, CHURCH & LIBKE
7  2520 West Shaw Lane, Suite 102
   Fresno, CA 93711
8  Telephone:   (559) 432-7641
   Facsimile:   (559) 432-7639
9

10 Attorneys for Defendant UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JONES, JILL JONES,<br><br>    Plaintiffs,<br>        vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 1:08-CV-01137-AWI-DLB<br><br>**PROPOSED ORDER ON STIPULATION TO CONTINUE DISCOVERY DATES**<br><br><br><br>COMPLAINT FILED:  April 25, 2008 |

The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated November 19, 2008, be modified, Orders as follows:

The date for parties to disclose all expert witnesses, in writing, is continued from March 1, 2010 to on or before April 1, 2010 and the date to disclose all supplemental experts is continued from March 15, 2010 to on or before April 15, 2010.

///

///

///

///

///

Proposed Order on Stipulation to Continue                                    Page 1

1 | The discovery deadlines be continued to the following dates:
2 | Non Expert: March 26, 2010
3 | Expert: May 30, 2010
4 |
5 | IT IS SO ORDERED.
6 | Dated: **February 22, 2010**  /s/ *Dennis L. Beck*
7 | UNITED STATES MAGISTRATE JUDGE