1  DOMENIC D. SPINELLI, SBN 131192
   LAPLANTE, SPINELLI, DONALD & NOTT
2  815 S Street, 2nd Floor
   Sacramento, CA 95811
3  Telephone:   (916) 448-7888
   Facsimile:   (916) 448-6888
4

5  Attorneys for Plaintiffs RICHARD JONES and JILL JONES

6  JAMES D. EMERSON, SBN 042031
   EMERSON, COREY, SORENSEN, CHURCH & LIBKE
7  2520 West Shaw Lane, Suite 102
   Fresno, CA 93711
8  Telephone:   (559) 432-7641
   Facsimile:   (559) 432-7639
9

10 Attorneys for Defendant UNITED STATES OF AMERICA

11

12              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
13

14 RICHARD JONES, JILL JONES,          Case No.:  1:08-CV-01137-AWI-DLB

15            Plaintiffs,              **PROPOSED ORDER ON STIPULATION
                                       TO CONTINUE DISCOVERY DATES**
16        vs.

17 UNITED STATES OF AMERICA,

18            Defendants.              COMPLAINT FILED:  April 25, 2008

19
         The Court, having considered the party's Stipulation that the dates in the Scheduling
20
   Order dated November 19, 2008, be modified, Orders as follows:
21
         The date for parties to disclose all expert witnesses, in writing, is continued from
22
   March 1, 2010 to on or before April 1, 2010 and the date to disclose all supplemental
23
   experts is continued from March 15, 2010 to on or before April 15, 2010.
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

The discovery deadlines be continued to the following dates:

Non Expert: March 26, 2010

Expert: May 30, 2010

IT IS SO ORDERED.

Dated: __**February 22, 2010**__　　　　　　　_____/s/ *Dennis L. Beck*__

UNITED STATES MAGISTRATE JUDGE