DOMENIC D. SPINELLI, SBN 131192
LAPLANTE, SPINELLI, DONALD & NOTT
815 S Street, 2nd Floor
Sacramento, CA 95811
Telephone:    (916) 448-7888
Facsimile:    (916) 448-6888
Domenics@lsdnlaw.com
Attorneys for Plaintiffs RICHARD JONES and JILL JONES

JAMES D. EMERSON, SBN 042031
RYAN D. LIBKE, SBN 193742
LAW OFFICES OF EMERSON, COREY & LIBKE
2520 West Shaw Lane, Suite 102
Fresno, CA 93711
Telephone:    (559) 432-7641
Facsimile:    (559) 432-7639
Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT,

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JONES and JILL JONES | Case No.: 1:08-CV-01137-AWI-DLB |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING TRIAL AND ALL RELATED DATES** |
| vs. | |
| UNITED STATES OF AMERICA, and DOES 1-30, inclusive, | |
| Defendants. | Complaint Filed: April 25, 2008<br>Trial Date: July 27, 2010 |

It is hereby stipulated by and between the parties hereto through their respective attorneys of record that due to recently produced documents by Defendant and the need for substantial follow-up discovery on those documents, the parties, through their counsel, have agreed to continue the trial and other related dates in this matter.

The Scheduling Order dated November 19, 2008 and modified Scheduling Orders dated August 27, 2009 and February 22, 2010, to be modified as follows:

| | |
|---|---|
| Trial Date (Court trial): | March 29, 2011 |
| Pre-Trial: | February 4, 2011 |
| Last day to hear dispositive motions | December 6, 2010 |

New discovery deadlines to be as follows:

| | |
|---|---|
| Non-expert discovery cutoff | November 1, 2010 |
| Simultaneous Expert Disclosure | November 15, 2010 |
| Supplemental Expert Disclosure | November 29, 2010 |
| Expert discovery cutoff | January 21, 2011 |

Dated: April 9, 2010                    LAPLANTE, SPINELLI, DONALD & NOTT

                                        By:_____/s/Domenic D. Spinelli_____
                                            DOMENIC D. SPINELLI,
                                            Attorneys for Plaintiffs RICHARD
                                            JONES and JILL JONES

Dated: April 8, 2010                    LAW OFFICES OF EMERSON, COREY & SORENSEN

                                        By:___/s/ Ryan D. Libke_____
                                            JAMES D. EMERSON
                                            RYAN D. LIBKE
                                            Attorneys for Defendant
                                            UNITED STATES OF AMERICA

## ORDER

Based on the above Stipulation and good cause appearing thereon, that the dates in the original and modified Schedule Orders are hereby ordered modified as set forth above.

IT IS SO ORDERED.

Dated:   **April 9, 2010**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28