# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD JONES, JILL JONES**, <br>         Plaintiffs, <br>   v. <br> **UNITED STATES OF AMERICA**, <br>         Defendant. | 1:08-CV-01137 AWI DLB <br><br> ORDER VACATING DECEMBER 6, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

    Defendant's motion to dismiss or in the alternative for summary judgment has been set for hearing in this case on December 6, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 6, 2010, is VACATED, and the parties shall not appear at that time. As of December 6, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 2, 2010

                                  CHIEF UNITED STATES DISTRICT JUDGE