IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JONES, JILL JONES, )<br>  )<br>          Plaintiffs, )<br>  )<br>   v. )<br>  )<br>UNITED STATES OF AMERICA )<br>  )<br>          Defendant. )<br>_____) | 1:08-CV-01137 AWI DLB<br><br>**ORDER VACATING FEBRUARY4, 2011 PRETRIAL CONFERENCE** |

     In this case, the Court currently has a Pretrial Conference scheduled for February 4, 2011, at 8:30 a.m. in Courtroom 2.  In light of Plaintiffs filing a First Amended Complaint on January 10, 2011, and the Further Scheduling Conference set for February 3, 2011, at 9:30 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck, IT IS HEREBY ORDERED that the previously set Pretrial Conference of February 4, 2011, is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

Dated:   January 26, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE