IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JONES, JILL JONES, ) | 1:08-CV-01137 AWI DLB |
| ) | |
| Plaintiffs, ) | ORDER VACATING MARCH |
| ) | 29, 2011 TRIAL DATE |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    In this case, the Court currently has a trial set for March 29, 2011, at 9:00 a.m. in Courtroom 2.  In light of the pending motion to dismiss and the Further Telephonic Scheduling Conference set for April 26, 2011, IT IS HEREBY ORDERED that the previously set trial date of March 29, 2011, is VACATED, and the parties shall not appear at that time.  The parties are directed to discuss a new trial date with the Magistrate Judge at the Further Telephonic Scheduling Conference on April 26, 2011.

IT IS SO ORDERED.

Dated:   February 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE