1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RICHARD JONES, JILL JONES,** | ) | **1:08-CV-01137 AWI DLB** |
| | ) | |
| **Plaintiffs,** | ) | **ORDER VACATING** |
| | ) | **FEBRUARY 28, 2011** |
| **v.** | ) | **HEARING DATE** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

17

18

Currently pending before this Court is Defendant's motion to dismiss.  This motion is set for hearing on February 28, 2011, at 1:30 p.m. in Courtroom 2.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time.  As of February 28, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE