IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JONES, JILL JONES,            )<br>                                                              )<br>           Plaintiffs,                           )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>UNITED STATES OF AMERICA,     )<br>                                                              )<br>           Defendant.                         )<br>_____) | 1:08-CV-01137 AWI DLB<br><br>ORDER VACATING MAY 23,<br>2011 HEARING DATE AND<br>TAKING MATTER UNDER<br>SUBMISSION |

   Currently pending before this Court is Defendant's motion to dismiss. This motion is set for hearing on May 23, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 23, 2011, is VACATED, and the parties shall not appear at that time. As of May 23, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 18, 2011                                              _____
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE